FILED

08/26/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0023

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0023

_____

MONTANA DIGITAL, LLC,

       Plaintiff and Appellee,

v.

TRINITY LUTHERAN CHURCH,

       Defendant and Appellant.

O R D E R

_____

       Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

       The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Amy Eddy, District Judge.

       For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 26 2020